

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00241-CV

| | | |
|---|---|---|
| TOWN OF WESTLAKE, TEXAS, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2020-007041-1) |
| V. | | |
| | § | December 23, 2021 |
| CITY OF SOUTHLAKE, TEXAS, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that the Town of Westlake shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel